## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**William Amos CRAMER, Petitioner**

**No. 246 MAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal and Motion for Remand of Record are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Curtis Clay PHILLIPS, Petitioner**

**No. 220 MAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Wilson HERNANDEZ, Petitioner**

**No. 136 MAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Warren E. YERGER, Petitioner**

**No. 240 MAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017